**Harrison LEWIS, III, Plaintiff–Appellant,**

v.

**Barack Hussein OBAMA; Johnny H. Hughes; David M. Axelrod; David Plouffe; J. Sandra Thomas, Defendants–Appellees.**

No. 12–6484.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Harrison Lewis, III, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harrison Lewis, III, appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2006) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Lewis v. Obama,* No. 5:11–ct–03139–D,

2012 WL 628800 (E.D.N.C. Feb. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*